IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RICHIE HUMPHREY )
) No. 3-11-0679
v. )
)
CRC HEALTH TENNESSEE INC. )

O R D E R

Inasmuch as new counsel has entered an appearance on behalf of the plaintiff (Docket Entry No. 17), the motion to withdraw filed by Mark J. Downton and Graham Prichard (Docket Entry No. 15) is GRANTED.[1]

The Clerk is directed to terminate Mark J. Downton and Graham Prichard as counsel for the plaintiff.

Because of the concerns raised by the defendant in its response (Docket Entry No. 16) to the motion to withdraw, including but not limited to, the defendant's assertion that the plaintiff had, through his prior counsel, agreed to dismiss the plaintiff's claims under the ADA and for breach of contract, a case management conference is scheduled on **Tuesday, September 11, 2012, at 10:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

While it appears that scheduling deadlines will have to be modified, as the defendant addressed in its response, until and unless otherwise ordered, the deadlines provided in the orders entered October 14, 2011, and October 19, 2011 (Docket Entry No. 11-13), including, but not limited to, the February 26, 2013, trial remain in full force and effect.

---

[1] The Court notes that Mr. Downton and Mr. Prichard did not comply with Local Rule 83.01(g), which requires that counsel attach a copy of a letter written to the plaintiff at least 14 days before the motion is filed. Local Rule 83.01 (g) also provides that a motion to withdraw as counsel is normally addressed by the trial judge rather than the case manager. However, since new counsel has entered an appearance on behalf of the plaintiff and because counsel certified that a copy of the motion had been mailed to the plaintiff over two months ago, it is nonetheless appropriate for the Magistrate Judge to grant the motion at this time.

The Clerk is further directed to send a copy of this order to Mark J. Downton and Graham Prichard, as well as to new counsel for the plaintiff and counsel for the defendant.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

2

Case 3:11-cv-00679   Document 18   Filed 09/04/12   Page 2 of 2 PageID #: 59