IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RICHIE HUMPHREY )
 ) No. 3-11-0679
v. )
 )
CRC HEALTH TENNESSEE INC. )

O R D E R

The parties' joint motion to reschedule case management conference (Docket Entry No. 19) is GRANTED.

The case management conference, scheduled by order entered September 4, 2012 (Docket Entry No. 18), on September 11, 2012, is RESCHEDULED to **Monday, September 10, 2012, at 11:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge