IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RICHIE HUMPHREY )
) No. 3-11-0679
v. )
)
CRC HEALTH TENNESSEE INC. )

O R D E R

On November 15, 2012, the parties filed a stipulation of dismissal (Docket Entry No. 22).

As a result, the case management conference, scheduled by order entered September 11, 2012 (Docket Entry No. 21), on November 30, 2012, is CANCELLED.

In accord with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, no further action on the part of the Court is required.

Therefore, this case is DISMISSED with prejudice, and the Clerk is directed to close this case on the records of the Court.

There will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge